IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRIC OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| OSCAR GARCIA | § | |
| | § | |
| v. | § | NO. 4:21-CV-065 |
| | § | |
| DANIEL STEVENS | § | |

## MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF THIS COURT:

**OSCAR GARCIA,** ("Plaintiff"), files this Motion to Dismiss with Prejudice, respectfully showing the Court the following:

1. **OSCAR GARCIA** has settled all of his claims against Defendant in this case; therefore, Plaintiff voluntarily dismisses all of his claims in this case against Defendant with prejudice against refiling.

**OSCAR GARCIA**, prays this case be dismissed in its entirety with prejudice.

Respectfully submitted,

*Greta Braker*
_____
Robert White
SBN: 21324500
Greta Braker
SBN: 24044383
Childs Bishop & White
230 W. 3rd Street
Odessa, TX 79761
(432) 580-5421 Telephone
(432) 337-5465 Fax
Email: Bobwhitetx@mac.com
Email: Greta@askbobwhite.com
**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      A true and correct copy of this document was served on all attorneys of record on February 9, 2023.

Charles F. Russell
CRENSHAW, DUPREE & MILAM, LLP
P.O. Box 64479
Lubbock, Texas 79464-4479 Email: crussell@cdmlaw.com


*Greta Braker*
OF COUNSEL